746 F.2d 1467
 Appeal of Malakoff (Michael P.), Finberg (Richard A.),
Malakoff (Louise R.), Berger, Kapetan, Malakoff & Meyers,
P.C., Anthony (Joseph W.), Larkin (James P.), Cotter (John
A.), McHugh (John A.), Larkin, Hoffman Daly & Lindgren Ltd.
 NO. 83-1924
 United States Court of Appeals,
third Circuit.
 SEP 21, 1984
 
 Appeal From: E.D.Pa.,
 Bechtle, J.,
 
 
 1
 574 F.Supp. 443,
 
 581 F.Supp. 811
 
 2
 AFFIRMED.